IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:20-CR-00137-M-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| MATTHEW BLAKE RUSSELL, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on Defendant's consent motion to seal docket entry 78. Pursuant Local Criminal Rule 55.2, Defendant's motion is GRANTED. The Clerk of the Court shall maintain under seal the documents at DE 78, 78-1, 78-2, and 78-3 until further order of the court.

SO ORDERED this 12th day of March, 2021.

_____
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE